IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENSKE TRUCK LEASING CO., LP and PTL GP, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE TRAVELERS INDEMNITY COMPANY, JOHN J. JANOSEK and LAURA JANOSEK,<br><br>    Defendants. | Civil Action No. 2:20-cv-00438-CRE<br><br>Chief United States Magistrate Judge Cynthia Reed Eddy |

## **JOINT STATUS REPORT**

AND NOW, come the parties, Penske Truck Leasing Co., LP and PTL GP, LLC (collective "Plaintiffs"), The Travelers Indemnity Company ("Travelers"), and John J. Janosek and Laura Janosek (the "Janoseks") (collectively the "parties"), by and through their counsel and submit this Joint Status Report pursuant to the September 11, 2020 Status Report Order, as follows:

As reported in the September 10, 2020 Joint Status Report (Doc. 35), the parties participated in a court-ordered mediation in connection with the underlying state court case captioned John and Laura Janosek v. Penske Truck Leasing Co., LP in the Court of Common Pleas of Allegheny County, Pennsylvania, No. G.D.-19-006880 on September 28, 2020. The parties hereby report that the cases did not resolve during the September 28, 2020 mediation. However, the parties hereby report that on September 29, 2020 they reached a resolution in both cases as a result of the underlying court-ordered mediation. The parties are in the process of preparing a global full and final release with respect to both cases. The parties will submit a dismissal order once the settlement is effectuated.

Respectfully submitted,

| | |
|---|---|
| PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C. | HOUSTON HARBAUGH, P.C. |

By:   /s/ Julie A. Brennan                    By:   /s/ R. Brandon McCullough
Timothy Smith, Esquire                        R. Brandon McCullough, Esquire
Pa. I.D. No. 63282                            mcculloughb@hh-law.com
tsmith@pionlaw.com                            Robert D. Shope, Esquire
Julie A. Brennan, Esquire                     shoperd@hh-law.com
PA I.D. No. 306987                            Three Gateway Center
jbrennan@pionlaw.com                          401 Liberty Avenue, 22nd Floor
1500 One Gateway Center                       Pittsburgh, PA 15222
420 Fort Duquesne Boulevard                   (412) 281-5060
Pittsburgh, PA 15222                          (Attorneys for Defendant, The Travelers
(412) 281-2288                                Indemnity Company)
(Attorneys for Plaintiffs)

By: /s/ Thomas E. Crenney
Thomas E. Crenney, Esquire
Pa. I.D. No. 40986
tecrenney@crenney.com
Alicia R. Nocera, Esquire
Pa. I.D. No. 306371
alicia@crenney.com
2605 Nicholson Road, Suite 2203
Sewickley, PA 15143
(412) 412-644-5545

James T. Tallman, Esquire
Elliott & Davis, P.C.
6423 Living Place, Suite 200
Pittsburgh, PA 15206
jtallman@elliott-davis.com
(Attorneys for John J. Janosek and Laura Janosek)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon counsel of record via the ECF filing system this 30th day of September, 2020, as follows:

Thomas E. Crenney, Esquire
Pa. I.D. No. 40986
tecrenney@crenney.com
Alicia R. Nocera, Esquire
Pa. I.D. No. 306371
alicia@crenney.com
2605 Nicholson Road, Suite 2203
Sewickley, PA 15143
(Attorney for John J. Janosek and Laura Janosek

James T. Tallman, Esquire
Elliott & Davis, P.C.
6423 Living Place, Suite 200
Pittsburgh, PA 15206
jtallman@elliott-davis.com
(Attorney for John J. Janosek and Laura Janosek)

R. Brandon McCullough, Esquire
mcculloughb@hh-law.com
Robert D. Shope, Esquire
shoperd@hh-law.com
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(Attorneys for Defendant, The Travelers Indemnity Company)

PION, NERONE, GIRMAN, WINSLOW
 & SMITH, P.C.

By: /s/ Julie A. Brennan
    Julie A. Brennan, Esquire