# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENSKE TRUCK LEASING CO., LP and PTL GP, LLC, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>THE TRAVELERS INDEMNITY COMPANY, JOHN J. JANOSEK and LAURA JANOSEK, <br><br>　　　　　　Defendants. | Civil Action No.: 2:20-cv-00438-CRE |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-captioned action, including all claims, crossclaims, and counterclaims, with prejudice.

Respectfully submitted,

| | |
|---|---|
| PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C. | HOUSTON HARBAUGH, P.C. |
| By:　/s/ *Julie A. Brennan* | By:　/s/ *R. Brandon McCullough* |
| Timothy Smith, Esquire <br> Pa. I.D. No. 63282 <br> tsmith@pionlaw.com <br> Julie A. Brennan, Esquire <br> PA I.D. No. 306987 <br> jbrennan@pionlaw.com <br> 1500 One Gateway Center <br> 420 Fort Duquesne Boulevard <br> Pittsburgh, PA 15222 <br> (412) 281-2288 <br> *(Attorneys for Plaintiffs Penske Truck Leasing Co., LP and PTL GP, LLC)* | R. Brandon McCullough, Esquire <br> Pa. I.D. No. 208563 <br> mcculloughb@hh-law.com <br> Robert D. Shope, Esquire <br> Pa. I.D. No. 324518 <br> shoperd@hh-law.com <br> Three Gateway Center <br> 401 Liberty Avenue, 22nd Floor <br> Pittsburgh, PA 15222 <br> (412) 281-5060 <br> *(Attorneys for Defendant The Travelers Indemnity Company)* |

THOMAS E. CRENNEY & ASSOCIATES, LLC

By:　/s/ *Thomas E. Crenney*
Thomas E. Crenney, Esquire
Pa. I.D. No. 40986
tecrenney@crenney.com

Alicia R. Nocera, Esquire
Pa. I.D. No. 306371
alicia@crenney.com
2605 Nicholson Road, Suite 2203
Sewickley, PA 15143
(412) 412-644-5545

James T. Tallman, Esquire
Pa. I.D. No. 79257
jtallman@elliott-davis.com
Elliott & Davis, P.C.
6423 Living Place, Suite 200
Pittsburgh, PA 15206
(412) 434-4911 Ext. 17
*(Attorneys for Defendants John J. Janosek
and Laura Janosek)*

 

BY THE COURT:

_____
Cynthia Reed Eddy
Chief United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** was electronically filed and is available for viewing and downloading from the ECF system and was sent to all counsel of record this 22nd day of October 2020, via electronic service through the ECF system as indicated below:

| | |
|---|---|
| Timothy Smith, Esquire<br>Julie A. Brennan, Esquire<br>Pion, Nerone, Girman, Winslow & Smith, P.C.<br>1500 One Gateway Center<br>420 Fort Duquesne Boulevard<br>Pittsburgh, PA 15222<br>tsmith@pionlaw.com<br>jbrennan@pionlaw.com<br>*(Attorneys for Plaintiffs Penske Truck Leasing Co., LP and PTL GP, LLC)* | Thomas E. Crenney, Esquire<br>Alicia R. Nocera, Esquire<br>Thomas E. Crenney & Associates, LLC<br>2605 Nicholson Road, Suite 2203<br>Sewickley, PA 15143<br>tecrenney@crenney.com<br>alicia@crenney.com<br><br>James T. Tallman, Esquire<br>Elliott & Davis, P.C.<br>6423 Living Place, Suite 200<br>Pittsburgh, PA 15206<br>jtallman@elliott-davis.com<br><br>*(Attorneys for Defendants John J. Janosek and Laura Janosek)* |

HOUSTON HARBAUGH, P.C.

   /s/ *R. Brandon McCullough*
R. Brandon McCullough, Esquire
Pa. Id. No. 208563
Robert D. Shope, Esquire
Pa. Id. No. 324518
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060
*(Counsel for Defendant The Travelers Indemnity Company)*